AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:91-CR-00057-ECR

JAY J. REGAS,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant/Movant's Motion to Have His Life Sentence Set Aside as Illegal [1802] pursuant to 28:2255 is DENIED.

| | |
|---|---|
| June 29, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |