UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:91-cr-57-ECR |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) | |
| JAY J. REGAS, | ) | |
| Defendant. | ) | |

Defendant Jay J. Regas filed a Motion for Reconsideration (#1805) on July 11, 2011.  Defendant's Motion for Reconsideration is DENIED.  The Motion for Reconsideration (#1805) is without merit.

Dated this 13th day of July 2011.

*Edward C. Reed.*
EDWARD C. REED, JR.
United States District Judge