**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:91-cr-00057-ECR |
| Plaintiff, | ) | |
| vs. | ) | **Order** |
| JAY J. REGAS, | ) | |
| Defendant. | ) | |

Judgment (#1804) was entered on June 29, 2011, denying Defendant's Motion (#1802) to have his life sentence set aside as illegal pursuant to 28 U.S.C. § 2255. Thereafter, on July 11, 2011, Defendant filed a Motion for Reconsideration (#1805) of our Order (#1803) denying Defendant's Motion (#1802). The Court denied Defendant's Motion for Reconsideration (#1805) by Order (#1806) filed July 13, 2011. On August 12, 2011, Defendant filed a Second Motion to Reconsider (#1807), which is without merit.

**IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Second Motion to Reconsider (#1807) is **STRICKEN**. The Motion (#1807) add nothing of substance to the record. No further motions for reconsideration shall be entertained by the Court. Any further such motions shall be returned by the Clerk to Defendant. This case is closed.

**IT IS FURTHER ORDERED** that Defendant's Motion for Default Judgment (#1808) is **DENIED**. In view of the record there is no basis for entry of default judgment.

DATED: April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

2