1

2

3

4                         **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF NEVADA**

5

6

7

  UNITED STATES OF AMERICA,       )      3:91-cr-00057-ECR

8                               )
      Plaintiff,             )

9                               )
  vs.                     )      **Order**

10                               )
  JAY J. REGAS,             )

11                               )
      Defendant.           )

12                               )
  _____)

13

14     On July 19, 2012, the Court issued an Order (#1815) denying a

15 certificate of appealability.  Thereafter, on July 23, 2012, Regas

16 filed a Motion for Certificate of Appealability (#1816).

17     **IT IS, THEREFORE, HEREBY ORDERED** that the Motion (#1816) is

18 **DENIED** for the reasons stated in our July 19, 2012 Order (#1815)

19 denying a certificate of appealability.

20

21 DATED: August 7, 2012.

22

23                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28