UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:91-cr-00057-MMD-NA-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JAY JEFFREY REGAS, | |
| Defendant. | |

Before the Court is Defendant Jay Jeffrey Regas's unopposed motion for early termination of supervised release. (ECF No. 1834 ("Motion").) The government does not oppose. (ECF No. 1836.) Probation reported that Regas has complied with conditions of supervised release and does not oppose the Motion. The Court agrees with the parties that, under the circumstances as presented in the Motion and probation's report, justice is served by granting Regas early termination of supervised release.

It is therefore ordered that Defendant's motion for early termination of supervised release (ECF No. 1834) is granted.

DATED THIS 23rd Day of January 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE